Acme Secret Service, Ltd., an Illinois Corporation, Plaintiff-Appellee, v. Irene Alexander, Defendant-Appellant.

Gen. No. 51,413. (Abstract of Decision.)

First District.
October 16, 1968.

Opinion by JUSTICE GOLDENHERSH.
Not to be published in full.